Steven M. Speier
Post Office Box 7637
Newport Beach, CA 92658
(949) 336-1895
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| In re: | § | Case No. 6:15-BK-10606-WJ |
|---|---|---|
|  | § |  |
| RL Asset Management Services, LLC | § |  |
|  | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Steven M. Speier, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $34,068.17 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $615,931.83 | | |

    3)    Total gross receipts of $650,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $650,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,600,000.00 | $2,300,000.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $725,420.45 | $725,420.45 | $615,931.83 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $9,886.69 | $9,886.69 | $9,886.69 |
| General Unsecured Claims (from **Exhibit 7**) | $25,000.00 | $1,266,089.59 | $23,330.46 | $23,330.46 |
| **Total Disbursements** | $2,625,000.00 | $4,302,247.75 | $759,488.62 | $650,000.00 |

4). This case was originally filed under chapter 7 on 01/24/2015. The case was pending for 38 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/15/2018</u>          By:   <u>/s/ Steven M. Speier</u>
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 14120 and 14130 Bear Valley Road, Victorville CA 92392 | 1110-000 | $650,000.00 |
| **TOTAL GROSS RECEIPTS** | | $650,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | MA-ALV Real Estate Holdings LLC | 4110-000 | $0.00 | $2,300,000.00 | $0.00 | $0.00 |
| | MA-ALV Real Estate Holdings, LLC | 4110-000 | $2,600,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,600,000.00 | $2,300,000.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN M. SPEIER, Trustee | 2100-000 | NA | $35,750.00 | $35,750.00 | $35,750.00 |
| STEVEN M. SPEIER, Trustee | 2200-000 | NA | $442.58 | $442.58 | $442.58 |
| International Sureties, LTD | 2300-000 | NA | $63.78 | $63.78 | $63.78 |
| Title/escrow charges. | 2500-000 | NA | $800.15 | $800.15 | $800.15 |
| American Business Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Franchise Tax Board | 2820-000 | NA | $6,929.72 | $6,929.72 | $6,929.72 |
| Goe & Forsythe, LLP, Attorney for Trustee | 3210-000 | NA | $577,521.50 | $577,521.50 | $478,689.64 |
| J Scott Souders PC, Special Counsel for Trustee | 3210-600 | NA | $62,272.50 | $62,272.50 | $51,615.74 |
| Goe & Forsythe, | 3220-000 | NA | $6,072.78 | $6,072.78 | $6,072.78 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| LLP, Attorney for Trustee | | | | | |
| Menchaca & Company LLP, Accountant for Trustee | 3410-000 | NA | $5,865.00 | $5,865.00 | $5,865.00 |
| Menchaca & Company LLP, Accountant for Trustee | 3420-000 | NA | $49.67 | $49.67 | $49.67 |
| Hanley Investment Group, Inc., Realtor for Trustee | 3510-000 | NA | $29,302.77 | $29,302.77 | $29,302.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $725,420.45 | $725,420.45 | $615,931.83 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Franchise Tax Board | 5800-000 | $0.00 | $9,886.69 | $9,886.69 | $9,886.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $9,886.69 | $9,886.69 | $9,886.69 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Franchise Tax Board | 7100-000 | $0.00 | $4,330.46 | $4,330.46 | $4,330.46 |
| 2A | Franchise Tax Board | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Moorefield Construction, Inc. | 7100-000 | $0.00 | $336,759.13 | $0.00 | $0.00 |
| 4 | 6767 Sunset Plaza, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Ronen Armony | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Bear Valley Family Limited Partnership | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Ibiza Investment Group, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Victorville Pad-H, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Moto Group Inc | 7200-000 | $0.00 | $25,000.00 | $19,000.00 | $19,000.00 |
| 11 | The Bankruptcy | 7200-000 | $0.00 | $900,000.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---:|---:|---:|---:|
| Estate of Shake It Up |  |  |  |  |  |
| Ben Kanter | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gary Kanter | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ryan Gordon | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| Timothy Lea Joens | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $25,000.00 | $1,266,089.59 | $23,330.46 | $23,330.46 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1                Exhibit 8

| Case No.: | 15-10606-WJ | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | RL Asset Management Services, LLC | Date Filed (f) or Converted (c): | 01/24/2015 (f) |
| For the Period Ending: | 3/15/2018 | §341(a) Meeting Date: | 03/03/2015 |
| | | Claims Bar Date: | 06/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  14120 and 14130 Bear Valley Road, Victorville CA 92392 | $15,000,000.00 | $650,000.00 | | $650,000.00 | FA |
| **Asset Notes:** Commercial Buildings, aka, The Victorville Pavillion. | | | | | |
| 2  Rent from Tenants | Unknown | Unknown | | $0.00 | FA |
| **Asset Notes:** Rents currently being held by Court appointed Receiver, Douglas P. Wilson. | | | | | |
| 3  Earnest Funds Received re Sale of Real Property (Asset 1) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Asset created to hold deposit pending sale of Asset 1. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                                      **Gross Value of Remaining Assets**

$15,000,000.00          $650,000.00                              $650,000.00              $0.00

**Major Activities affecting case closing:**

FORM 1                                                                       Page No: 2       Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-10606-WJ | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | RL Asset Management Services, LLC | Date Filed (f) or Converted (c): | 01/24/2015 (f) |
| For the Period Ending: | 3/15/2018 | §341(a) Meeting Date: | 03/03/2015 |
| | | Claims Bar Date: | 06/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/01/2015

7/01/17 - 6/30/18
ASSETS:  Commercial Real Estate Property - The Victorville Pavilion, 14120 and 14130 Bear Valley Road, Victorville CA
PENDING LITIGATION:  San Bernardino Superior Court Case CIV-VS-1200072 filed by Armed Forces Bank, N.A. ("AFB") on 1/10/12.
Adversary 6:15-ap-01144, SMS v. Ronen Armony, IBIZA Investment Group, LLC, Reeve Benaron and ARD, LLC, 6767 Sunset Plaza, LLC, Bear Valley Family Limited Partnership, LLP ("BVFLP").  7/11/16 Order entered closing case.
TAX ISSUES:  Penalties abatement request approved by L.A. IRS.
INSURANCE:  N/A
STATUS:  All issues/tax penalties resolved.  Trustee closing case.  9/28/17 TFR e-filed with UST.  1/9/18 TFR distribution made per 1/9/18 Order.

7/01/16 - 6/30/17
ASSETS:  Commercial Real Estate Property - The Victorville Pavilion, 14120 and 14130 Bear Valley Road, Victorville CA
PENDING LITIGATION:  San Bernardino Superior Court Case CIV-VS-1200072 filed by Armed Forces Bank, N.A. ("AFB") on 1/10/12.
Adversary 6:15-ap-01144, SMS v. Ronen Armony, IBIZA Investment Group, LLC, Reeve Benaron and ARD, LLC, 6767 Sunset Plaza, LLC, Bear Valley Family Limited Partnership, LLP ("BVFLP").  7/11/16 Order entered closing case.
TAX ISSUES:  8/25/16 Mailed 2015, 2016 tax returns.  Received IRS tax clearance letters dated 9/26/16.  Trustee received IRS penalties' notification.  Accountants are communicating with IRS to resolve penalties.
INSURANCE:  General liability and property coverage insurance was in place and maintained on the Property.
STATUS:  BAP/USDC No. 15:16-cv-00886-AB - 8/9/16 The Court entered an Order granting Appellee's (Trustee's) motion to dismiss appeal as statutorily moot.  (The Debtor contended that the bankruptcy Court should not have approved the sale of the Property to the Armony parties because the Trustee did not market the estate's interest in the Property and litigation claims and because the Court did not establish overbid procedures.)  8/19/16 BAP/USDC dismissal of appeal.  Trustee filing motion to dismiss appeal as moot.  1/19/17 USDC judgment appealed to US Court of Appeals, Case No. 16-56248 re Appeal BAP/USDC 5:16-CV-00886-AB.  5/16/17 Order entered granting Trustee's motion to dismiss appeal as moot.  6/7/17 Mandate from the District Court reflecting 5/16/17 judgment filed with the Court.  Upon resolution of IRS issue, Trustee will file TFR.

7/01/15 - 6/30/16
ASSETS:  Commercial Real Estate Property - The Victorville Pavilion, 14120 and 14130 Bear Valley Road, Victorville CA
PENDING LITIGATION:  San Bernardino Superior Court Case CIV-VS-1200072 filed by Armed Forces Bank, N.A. ("AFB") on 1/10/12.
Adversary 6:15-ap-01144, SMS v. Ronen Armony, IBIZA Investment Group, LLC, Reeve Benaron and ARD, LLC, 6767 Sunset Plaza, LLC, Bear Valley Family Limited Partnership, LLP ("BVFLP").  Trustee sought declaratory relief that the real property is property of the estate.  A settlement dated 2/16/16 was negotiated. All issues, disputes, liabilities, and claims, including disputed ownership of the property.  The property was sold to the Armony parties for $650,000 and the withdrawal with prejudice of the Moorefield claim and the Armony claims against the Debtor and the estate.  6/17/16 Order entered dismissing adversary.
TAX ISSUES:  N/A
INSURANCE:  General liability and property coverage insurance was in place and maintained on the Property.
STATUS: Trustee filed Monthly Operating Reports, incorporating the Receiver's, Douglas P. Wilson, reports.  All cash is being held by the Receiver.  Trustee's final Monthly Operating

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3    Exhibit 8

| Case No.: | 15-10606-WJ | Trustee Name: | Steven M. Speier |
| Case Name: | RL Asset Management Services, LLC | Date Filed (f) or Converted (c): | 01/24/2015 (f) |
| For the Period Ending: | 3/15/2018 | §341(a) Meeting Date: | 03/03/2015 |
| | | Claims Bar Date: | 06/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Report was filed on 5/27/16. The initial Order to operate was entered on 3/12/15, and stipulations to extend the date of operation were filed as necessary. A settlement/sale was negotiated with the Armony parties (subject of the adversary action) for $650,000. 3/21/16 Order entered approving settlement/sale. 4/4/16 Attorney for Debtor filed a Notice of Appeal contesting the Order, BAP/USDC No. 15:16-cv-00886-AB. Per the Tenth stipulation filed on 4/29/16, the Trustee, secured creditor MA-ALV and Receiver agreed to the Receiver remaining in possession of and operating the real property through the earlier of (I) 5/8/16 and (ii) the date the Trustee transfers ownership of the real property to the entity designated by Ronen Armony. Trustee will hold funds pending outcome of appeal to BAP. Trustee filed Monthly Operating Reports through April 2016.

7/01/14-6/30/15

ASSETS: Commercial Real Estate Property - The Victorville Pavilion, 14120 and 14130 Bear Valley Road, Victorville CA

PENDING LITIGATION: San Bernardino Superior Court Case CIV-VS-1200072 filed by Armed Forces Bank, N.A. ("AFB") on 1/10/12. This action listed causes of action for specific performance of deed of trust, appointment of a Receiver for the Property and injunctive relief; an accounting and turnover of receipts; and judicial foreclosure of the Property. AFB alleged a first priority deed of trust against the Property that secured a construction loan in the amount of $2,6000,000. 2/6/12 Douglas Wilson was appointed as Receiver. Another secured creditor to the Property is MA-ALV Real Estate Holdings ("MA-ALV"). Because MA-ALV purchased AFB's deed of trust and interest in the Property, it was stipulated that MA-ALV would be substituted in for AFB.

San Bernardino Superior Court Case No. CIV-VS-11-01628, Armony v. Kanter, et al. Action filed to determine ownership of the properties. The Properties were originally owned by Bear Valley Family Limited Partnership which was controlled by Kanter. In 2009 Bear Valley sold the properties for $12,200,000 to the entities controlled by Armony. A dispute arose regarding the repayment of the carryback financing.

Adversary 6:15-ap-01144, SMS v. Ronen Armony, IBIZA Investment Group, LLC, Reeve Benaron and ARD, LLC, 6767 Sunset Plaza, LLC, Bear Valley Family Limited Partnership, LLP ("BVFLP"). This is an action for declaratory relief, that the Property is property of the estate. Armony and the Defendants allege that a controversy exists as to the estate's interest in the Property. BVFLP acquired title to the Property in July 2007, before the Property was fully developed. Two parcels were later sold to Defendants. Debtor subsequently purchased Parcels 1 and 2 at a public Trustee auction after Defendants defaulted on the notes/liens. Trustee is employing J. Scott Souders, P.C., specializing in real estate and business litigation, as special litigation counsel to assist with litigating this action. 6/16/15 Order entered employing S. Souders as special real estate litigation counsel.

TAX ISSUES: N/A

INSURANCE: General liability and property coverage insurance was in place and maintained on the Property.

STATUS: Debtor owns the Property which is a retail shopping center consisting of two buildings, The Victorville Pavilion, 14120 and 14130 Bear Valley Road, Victorville, CA. MA-ALV claims to hold a security interest in the Property; the state court action ("Pending Litigation") remains pending; and the Receiver remains in possession and control, along with his management company, Douglas Wilson Companies, and his counsel. 3/2/15 Order entered employing Rob Goe, Goe & Forsythe, as general counsel. On 3/10/15, a hearing re Trustee's motion was heard re (1) stipulation between Trustee, Debtor, secured creditors and Receiver; (2) authorizing Ch. 7 Trustee to operate business; (3) use of cash collateral; and (4) temporarily excusing turnover of real property by Receiver. 3/12/15 Order entered approving Trustee's motion and operation of business through 3/7/15. 3/13/15 Second stipulation filed authorizing Trustee to operate business through 3/27/15. 3/27/15 Third stipulation filed authorizing Trustee to operate business through 4/10/15. 4/13/15 Fourth stipulation filed authorizing Trustee to operate business through 4/28/15. 5/5/15 Fifth stipulation filed authorizing Trustee to operate business through 6/15/15. 6/19/15 Sixth stipulation filed authorizing Trustee to operate business through 10/1/15. 3/20/15 an Order was entered employing Hanley Investment Group, Inc. as real estate broker. The Trustee and Hanley have begun marketing the Property and have received multiple offers. Until the Property has been sold, the Trustee is moving forward with leasing unoccupied spaces. Because Hanley does not specialize in lease negotiations and has not been employed by the Trustee to do so, the Trustee filed a motion to employ Coldwell Banker Commercial as Leasing Agent. 6/5/15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4    Exhibit 8

| **Case No.:** | 15-10606-WJ | | | **Trustee Name:** | Steven M. Speier |
| **Case Name:** | RL Asset Management Services, LLC | | | **Date Filed (f) or Converted (c):** | 01/24/2015 (f) |
| **For the Period Ending:** | 3/15/2018 | | | **§341(a) Meeting Date:** | 03/03/2015 |
| | | | | **Claims Bar Date:** | 06/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Order entered granting employment of Coldwell Banker. The offers to purchase are made with the understanding the leases of the Property will be assigned upon the sale of the Property. Therefore, Trustee filed a motion to assume the leases. There has been opposition; therefore, the next continued hearing is scheduled for 10/1/15. The Trustee filed a motion to sell the Property with the offer to purchase in the amount of $4,600,000. The motion to sell has been met with opposition. Therefore, the next continued hearing is scheduled for 10/1/15. The Trustee has been filing Monthly Operating Reports.

**Initial Projected Date Of Final Report (TFR):** 06/30/2016    **Current Projected Date Of Final Report (TFR):** 12/31/2017    /s/ STEVEN M. SPEIER
                                                                                                                                    STEVEN M. SPEIER

**FORM 2**    Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10606-WJ | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | RL Asset Management Services, LLC | Bank Name: | American Business Bank |
| Primary Taxpayer ID #: | **-***1071 | Checking Acct #: | ******6111 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/24/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/15/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/14/2015 | (1) | Westwood Financial Corp. | Deposit re purchase of 14120/14130 Bear Valley Road, Victorville, CA.  (4/16/15 Check returned to payer due to change of mind.) | 1110-000 | $300,000.00 | | $300,000.00 |
| 04/17/2015 | (1) | Westwood Financial Corp. | Deposit re purchase of 14120/14130 Bear Valley Road, Victorville, CA.  (4/16/15 Check returned to payer due to change of mind.) | 1110-000 | ($300,000.00) | | $0.00 |
| 04/22/2015 | (1) | Prime A Investments, LLC | Deposit re purchase of 14120/14130 Bear Valley Road, Victorville, CA. | 1110-000 | $300,000.00 | | $300,000.00 |
| 04/29/2015 | 1001 | Prime A Investments, LLC | Refund deposit re purchase of Victorville property. | 1110-000 | ($300,000.00) | | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | TOTALS: | $0.00 | $0.00 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $0.00 | $0.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $0.00 | $0.00 | |

| For the period of 1/24/2015 to 3/15/2018 | | For the entire history of the account between 04/02/2015 to 3/15/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10606-WJ | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | RL Asset Management Services, LLC | Bank Name: | American Business Bank |
| Primary Taxpayer ID #: | **-***1071 | Checking Acct #: | ******7525 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Earnest Funds Checking Account |
| For Period Beginning: | 1/24/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/15/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2015 | (1) | MA-ALV Real Estate Holdings LLC | Deposit re potential settlement of adversary, Case 6:15-AP-01144 and sale of real property. | 1110-000 | $375,000.00 | | $375,000.00 |
| 11/16/2015 | (1) | Ronen Armony | Deposit re potential settlement of adversary, Case 6:15-AP-01144, and purchase of real property. | 1110-000 | $100,000.00 | | $475,000.00 |
| 11/27/2015 | 1 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $91.10 | $474,908.90 |
| 12/03/2015 | 2 | American Business Bank | Bank and Technology Services Fee | 2600-000 | | $182.17 | $474,726.73 |
| 12/11/2015 | | American Business Bank | Bank Service Fee | 2600-000 | | $159.33 | $474,567.40 |
| 12/11/2015 | | East West Bank | Transfer Funds | 9999-000 | | $475,000.00 | ($432.60) |
| 12/31/2015 | | American Business Bank | Reverse bank fees | 2600-000 | | ($432.60) | $0.00 |
| | | | **TOTALS:** | | $475,000.00 | $475,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $475,000.00 | |
| | | | **Subtotal** | | $475,000.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $475,000.00 | $0.00 | |

| For the period of 1/24/2015 to 3/15/2018 | | For the entire history of the account between 11/16/2015 to 3/15/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $475,000.00 | Total Compensable Receipts: | $475,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $475,000.00 | Total Comp/Non Comp Receipts: | $475,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $475,000.00 | Total Internal/Transfer Disbursements: | $475,000.00 |

**FORM 2**            Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10606-WJ | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | RL Asset Management Services, LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***1071 | Checking Acct #: | ******0365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Earnest Funds Account |
| For Period Beginning: | 1/24/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/15/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2015 | | American Business Bank | Transfer Funds | 9999-000 | $475,000.00 | | $475,000.00 |
| 04/18/2016 | | Pad4 Pad6 W, LLC (First American Title Company) | Balance of funds re purchase of real property ($175,000 less title/escrow charges). | * | $174,199.85 | | $649,199.85 |
| | {1} | | Gross settlement/sale.  $650,000.00 | 1110-000 | | | $649,199.85 |
| | {1} | | Deposit made outside of escrow.  $(475,000.00) | 1110-000 | | | $649,199.85 |
| | | | Title/escrow charges.  $(800.15) | 2500-000 | | | $649,199.85 |
| 09/16/2016 | | Transfer To: #******0393 | | 9999-000 | | $649,199.85 | $0.00 |
| | | | **TOTALS:** | | $649,199.85 | $649,199.85 | $0.00 |
| | | | Less: Bank transfers/CDs | | $475,000.00 | $649,199.85 | |
| | | | **Subtotal** | | $174,199.85 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $174,199.85 | $0.00 | |

| For the period of  1/24/2015 to 3/15/2018 | | For the entire history of the account between 12/11/2015 to 3/15/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $175,000.00 | Total Compensable Receipts: | $175,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $175,000.00 | Total Comp/Non Comp Receipts: | $175,000.00 |
| Total Internal/Transfer Receipts: | $475,000.00 | Total Internal/Transfer Receipts: | $475,000.00 |
| | | | |
| Total Compensable Disbursements: | $800.15 | Total Compensable Disbursements: | $800.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $800.15 | Total Comp/Non Comp Disbursements: | $800.15 |
| Total Internal/Transfer Disbursements: | $649,199.85 | Total Internal/Transfer Disbursements: | $649,199.85 |

**FORM 2**

Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10606-WJ | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | RL Asset Management Services, LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***1071 | Checking Acct #: | ******0393 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/24/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/15/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2016 | | Transfer From: #******0365 | | 9999-000 | $649,199.85 | | $649,199.85 |
| 09/16/2016 | 3001 | Goe & Forsythe, LLP | General counsel fees (67% of total request $535,194.50) per 9/16/16 Order approving fees/distribution. | 3210-000 | | $358,580.32 | $290,619.53 |
| 09/16/2016 | 3002 | Goe & Forsythe, LLP | General counsel expenses per 9/16/16 Order approving fees/distribution. | 3220-000 | | $5,610.29 | $285,009.24 |
| 09/16/2016 | 3003 | J Scott Souders PC | Special Counsel fees (67% of total request $62,272.50) per 9/16/16 Order approving fees/distribution. | 3210-600 | | $41,722.58 | $243,286.66 |
| 09/16/2016 | 3004 | Hanley Investment Group, Inc. | Real Estate Broker fees per 9/16/16 Order approving fees/distribution. (Overpayment of $300. Hanley forwarded funds on 9/27/17.) | * | | $29,602.77 | $213,683.89 |
| | | | Hanley Investment Group, Inc.    $(29,302.77) | 3510-000 | | | $213,683.89 |
| | | | Identified over payment to be refunded    $(300.00) | 3510-000 | | | $213,683.89 |
| 09/16/2016 | 3005 | Franchise Tax Board | Full payment of Claim 1 per 9/16/16 Order approving distribution. | * | | $11,260.18 | $202,423.71 |
| | | | $(4,330.46) | 7100-000 | | | $202,423.71 |
| | | | Franchise Tax Board    $(6,929.72) | 2820-000 | | | $202,423.71 |
| 09/16/2016 | 3006 | Franchise Tax Board | Full payment of Claim 2 per 9/16/16 Order approving distribution. | 5800-000 | | $9,886.69 | $192,537.02 |
| 09/16/2016 | 3007 | Moto Group Inc | Payment of Claim 10 (76% of total claim $25,000) per 9/16/16 Order approving distribution. | 7200-000 | | $19,000.00 | $173,537.02 |
| 09/16/2016 | 3008 | Franchise Tax Board | Full payment of Claim 12 per 9/16/16 Order approving fees/distribution. | 7200-000 | | $851.02 | $172,686.00 |
| 01/30/2017 | 3009 | International Sureties, LTD | Blanket bond 016030867 renewal, 1/4/17-1/4/18. | 2300-000 | | $63.78 | $172,622.22 |
| 09/27/2017 | | Hanley Investment Group, Inc. | Turnover of overpayment of fees, Chck 3004, 9/16/16. | 3510-000 | | ($300.00) | $172,922.22 |
| 01/09/2018 | 3010 | Goe & Forsythe, LLP | General counsel expenses per 1/9/18 TFR Order. | 3220-000 | | $462.49 | $172,459.73 |
| 01/09/2018 | 3011 | Menchaca & Company LLP | Accountant expenses per 1/9/18 TFR Order. | 3420-000 | | $49.67 | $172,410.06 |
| 01/09/2018 | 3012 | STEVEN M. SPEIER | Trustee Expenses per 1/9/18 TFR Order. | 2200-000 | | $442.58 | $171,967.48 |
| 01/09/2018 | 3013 | Goe & Forsythe, LLP | General counsel fees per 1/9/18 TFR Order. | 3210-000 | | $120,109.32 | $51,858.16 |
| 01/09/2018 | 3014 | J Scott Souders PC | Special counsel fees per 1/9/18 TFR Order. | 3210-600 | | $9,893.16 | $41,965.00 |
| 01/09/2018 | 3015 | Menchaca & Company LLP | Accountant fees per 1/9/18 TFR Order. | 3410-000 | | $5,865.00 | $36,100.00 |
| | | | **SUBTOTALS** | | **$649,199.85** | **$613,099.85** | |

FORM 2                                                                                      Page No: 5            Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 15-10606-WJ | **Trustee Name:** | Steven M. Speier |
|---|---|---|---|
| **Case Name:** | RL Asset Management Services, LLC | **Bank Name:** | East West Bank |
| **Primary Taxpayer ID #:** | **-***1071 | **Checking Acct #:** | ******0393 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 1/24/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/15/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2018 | 3016 | STEVEN M. SPEIER | Trustee Compensation per 1/9/18 TFR Order. | 2100-000 | | $35,750.00 | $350.00 |
| 01/09/2018 | 3017 | United States Bankruptcy Court | TFR distribution per 1/9/18 Order. | 2700-000 | | $350.00 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $649,199.85 | $649,199.85 | $0.00 |
| **Less: Bank transfers/CDs** | $649,199.85 | $0.00 | |
| Subtotal | $0.00 | $649,199.85 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| Net | $0.00 | $649,199.85 | |

| For the period of 1/24/2015 to 3/15/2018 | | For the entire history of the account between 01/04/2016 to 3/15/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $649,199.85 | Total Internal/Transfer Receipts: | $649,199.85 |
| | | | |
| Total Compensable Disbursements: | $649,199.85 | Total Compensable Disbursements: | $649,199.85 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $649,199.85 | Total Comp/Non Comp Disbursements: | $649,199.85 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 6 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10606-WJ | Trustee Name: | Steven M. Speier |
|---|---|---|---|
| Case Name: | RL Asset Management Services, LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***1071 | Checking Acct #: | ******0393 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/24/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/15/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $649,199.85 | $649,199.85 | $0.00 |

**For the period of 1/24/2015 to 3/15/2018**

| | |
|---|---|
| Total Compensable Receipts: | $650,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $650,000.00 |
| Total Internal/Transfer Receipts: | $1,124,199.85 |
| | |
| Total Compensable Disbursements: | $650,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $650,000.00 |
| Total Internal/Transfer Disbursements: | $1,124,199.85 |

**For the entire history of the case between 01/24/2015 to 3/15/2018**

| | |
|---|---|
| Total Compensable Receipts: | $650,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $650,000.00 |
| Total Internal/Transfer Receipts: | $1,124,199.85 |
| | |
| Total Compensable Disbursements: | $650,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $650,000.00 |
| Total Internal/Transfer Disbursements: | $1,124,199.85 |

/s/ STEVEN M. SPEIER

STEVEN M. SPEIER